IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY CRAWFORD and CRAWFORD TRUCKING COMPANY L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE & LYNCH, INC., and LEONARD BROOKS, <br><br> Defendant. | C.A. No. 10-cv-949 (GMS-SRF) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on July 5, 2012, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rule of Civil Procedure with no objection having been received.

Accordingly, this 4th day of December, 2012, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 149) is ADOPTED;

2. Defendants' Motion to Dismiss for Failure to State a Claim (D.I. 71) is GRANTED IN PART and DENIED IN PART.[1]

CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Magistrate Judge Fallon's adopted Report and Recommendation: (1) plaintiff Crawford Trucking Company, L.L.C. is dismissed in all counts (specifically, Counts III, IV, and V); (2) defendant Leonard J. Brooks is dismissed in all counts (specifically, Counts IV and V); and (3) the defendants' motion to dismiss Tammy Crawford's Count V claim alleging breach of the covenant of good faith and fair dealing is denied. (D.I. 149.)