IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAMMY L. CRAWFORD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 10-949-GMS-SRF<br>) |
| GEORGE & LYNCH, INC., | )<br>) |
| Defendant. | )<br>)<br>) |

### ORDER

At Wilmington, this 2nd day of September, 2014,

IT IS HEREBY ORDERED that:

1. Crawford's Objections to the Report and Recommendation (D.I. 207) is OVERRULED;

2. G&L's Partial Objection to the Report and Recommendation (D.I. 205) is OVERRULED in part;

3. The Report and Recommendation, Dated December 11, 2013 (D.I. 202), is ADOPTED in part and MODIFIED in part.

UNITED STATES DISTRICT JUDGE